## HAVEMEYER *v.* BONNELL and others.

*(Circuit Court, D. New Jersey. July 31, 1884.)*

PATENT—BOTTOMS OF CUSPIDORS—DISMISSAL OF BILL.
Law announced in decision in case of *Havemeyer* v. *Randall, ante,* 404, applied to this case.

In Equity.

NIXON, J. For the reasons assigned in the case of *The Same Complainant* v. *Randall, ante,* 404, in which the same questions are involved, the above bill of complaint must be dismissed, with costs; and it is ordered accordingly.